# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 22, 2024

## NO. 03-23-00131-CR

**Wilbur Eugene Jackson, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 21ST DISTRICT COURT OF LEE COUNTY
BEFORE JUSTICES BAKER, TRIANA, AND SMITH
AFFIRMED -- OPINION BY JUSTICE SMITH;
DISSENTING OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment adjudicating guilt entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment adjudicating guilt. Therefore, the Court affirms the trial court's judgment adjudicating guilt. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.